**Order entered April 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00518-CR

**RONNIE DECOURTLAND BASS, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-26843-N**

## ORDER

Appellant's April 25, 2014 motion for leave to file appellant's reply brief is **GRANTED**.

Appellant's reply brief received by the Clerk of the Court on April 25, 2014 is **DEEMED** timely

filed on the date of this order.

/s/    DAVID EVANS
        JUSTICE